JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALIAKBAR MANAIE,

　　　　Petitioner,

　　　　　v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

　　　　　　Respondents.

No. 2:26-CV-3248-SK

**JUDGMENT**

　　　　Pursuant to the Order Granting Petition, **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is granted as set forth in that Order.

　　　　The Clerk is instructed to close this case.

DATED:  May 1, 2026

_____
STEVE KIM
United States Magistrate Judge

1